# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

CHANDRA LATRELLE PORTER, )
)
    Plaintiff, )
)
v. ) Case No. CV414-217
)
BETH ROBINSON, )
City of Savannah - HR Department, )
)
    Defendants. )

## REPORT AND RECOMMENDATION

Upon plaintiff Chandra Latrelle Porter's failure to pay the Court's $400 filing fee, this case should be **DISMISSED**. *See* doc. 5 (directing her to pay the fee by November 3, 2014 or risk dismissal of her case).

**SO REPORTED AND RECOMMENDED** this  4Th  day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA